# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 6D23-605
Lower Tribunal No. 20-CP-2416-XX

———————————————

JAMES E. FOSTER, JR.,

Appellant,

v.

VICKIE L. WATSON, as Personal Representative of the ESTATE OF JAMES E. FOSTER, and JAMES E. FOSTER, Beneficiary,

Appellees.

———————————————

Appeal from the Circuit Court for Polk County.
Gerald P. Hill, II, Judge.

December 12, 2023

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and NARDELLA and BROWNLEE, JJ., concur.


James E. Foster, Jr., Perry, pro se.

Juan A. Pyfrom, West Palm Beach, for Appellee, James E. Foster, Beneficiary.

Keith D. Miller, of Boswell and Dunlap, Bartow, and Felix F. Hill, of The Law Firm of Dupree, Hill & Hill, P.A., Clearwater, for Appellee, Vickie L. Watson, as Personal Representative of the Estate of James E. Foster.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF TIMELY FILED